JUDGE TORRES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

        - v. -                  :     **SEALED INDICTMENT**

WILLIAM SCOTT,                  :     20 Cr.
    a/k/a "Ill Will,"
                                :
            Defendant.          :
- - - - - - - - - - - - - - x

## COUNT ONE

The Grand Jury charges:

1. On or about June 23, 2020, in the Southern District of New York and elsewhere, WILLIAM SCOTT, a/k/a "Ill Will," the defendant, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess ammunition, to wit, three rounds of Eldorado Cartridge Corporation .380 caliber ammunition, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)


_____              _____
FOREPERSON                           AUDREY STRAUSS
                                     Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WILLIAM SCOTT
a/k/a "Ill Will,"

Defendant.

SEALED INDICTMENT

20 Cr.

(18 U.S.C. § 922(g)(1).)

AUDREY STRAUSS
Acting United States Attorney.

**A TRUE BILL**

_____
Foreperson