USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/2020

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 10, 2020

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    **United States v. William Scott, a/k/a "Ill Will,"**
             20 Cr. 332 (AT)

Dear Judge Torres:

    The Government writes to respectfully request that time be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and July 22, 2020, the date of the initial pretrial conference in the above-captioned matter. The Government submits that the ends of justice served by an exclusion of the time outweigh the best interests of the public and the defendant in a speedy trial because it will allow for the Government to produce and the defendant to begin reviewing the discovery materials in this case. Counsel for the defendant has consented to this exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

By: _/s/ Alexandra Rothman_____
Alexandra N. Rothman
Assistant United States Attorney
(212) 637-2580

GRANTED. It is ORDERED that the time between July 10, 2020 and July 22, 2020 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and Defendants in a speedy trial, for the reasons stated above.

SO ORDERED.

Dated: July 10, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge