USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-

William Scott    Defendant(s).
-----------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEOCONFERENCE

20-CR-332(__)(__)

Defendant __William Scott__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- ___ Initial Appearance/Appointment of Counsel

- ___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- ___ Preliminary Hearing on Felony Complaint

- ___ Bail/Revocation/Detention Hearing

- [X] Status and/or Scheduling Conference

- ___ Misdemeanor Plea/Trial/Sentence

Consent obtained on the record in open court.
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_William Scott_
Print Defendant's Name

_[signature]_
Defense Counsel's Signature

_Benjamin Fenson_
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

__July 31, 2020__
Date     New York, New York

_[signature]_
_____
ANALISA TORRES
United States District Judge