```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/17/2020____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

WILLIAM SCOTT,

           Defendant.

20 Cr. 332 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    By **December 7, 2020**, the Government shall respond to Defendant's motion to dismiss the indictment, ECF No. 17.

    SO ORDERED.

Dated: November 17, 2020
       New York, New York

                              ANALISA TORRES
                           United States District Judge