USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-

William Scott,
                              Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

20-CR-332 (AT) (__)

Defendant __William Scott__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

✓ Status and/or Scheduling Conference

___ Misdemeanor Plea/Trial/Sentence

_William Scott_                      _Deborah Colson_
Defendant's Signature              Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_William Scott_                      _Deborah Colson_
Print Defendant's Name            Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

11/23/2020
Date

ANALISA TORRES
United States District Judge