```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/9/2020____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM SCOTT,

                Defendant.

20 Cr. 332 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       By **December 28, 2020**, Defendant shall file their reply, if any, to the Government's opposition to the motion to dismiss the indictment, ECF No. 28.

       SO ORDERED.

Dated: December 9, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge