UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

WILLIAM SCOTT,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/16/2021

20 Cr. 332 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The trial scheduled for August 2, 2021, is ADJOURNED *sine die*. The Court, utilizing the procedures within this District governing the scheduling of jury trials during the COVID-19 pandemic, will seek to schedule a jury trial for the fourth calendar quarter of 2021. By **August 1, 2021**, the parties shall submit blackout dates for trial.

      SO ORDERED.

Dated: June 16, 2021
       New York, New York

ANALISA TORRES
United States District Judge